UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY



:Anwar-Jamal : Ahbanawa

**Plaintiff,**

Docket No. 08-1459 (DMC)

-vs-

CITY OF NEWARK, NEW JERSEY

**Defendant(s)**

## ORIGINAL COMPLAINT

### TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT OF NEW JERSEY, NEWARK, NEW JERSEY .

### THE PARTIES

**Plaintiff** : Anwar-Jamal:Ahbanawa   C/o 112 Prince Street Suite 2a
NewArk, New Jersey Republic uSA
(Zip Code Exempt DMM 122.32)

**Defendants** THE CITY OF NEWARK, NEW JERSEY
920 BROAD STREET- CITY HALL
NEWARK, NJ 07102

### JURISDICTION AND VENUE

In Title 18 > Part I > Chapter 13> § 241, § 242 and the 1st and 13th amendments to the United States of America Constitution establishes subject mater jurisdiction of the UNITED STATES DISTRCT COURT OF NEW JERSEY. Venue of this lawsuit lies in the DISTRICT OF NEW JERSEY pursuant to Title 18 > Part I > Chapter 13> § 241, § 242, and the 1st and 13th amendments to the United States of America Constitution due to substantial part of events giving rise to the claims alleged within said District.

## COMPLAINT

Plaintiff ; I, :Anwar-Jamal : Ahbanawa aboriginal to the lands known as North America and New Jersey naturally born in New Jersey state Republic files this original complaint against Defendant(s) the CITY OF NEWARK, NEW JERSEY. The Defendant(s) has continuously ignored my correspondence for them to make the necessary changes to my employment records as it pertains to my status. The Defendant(s) have made a **legal determination** against my will by forcing performance under a contract that I did not enter into willingly or knowingly. I , :Anwar-Jamal : Ahbanawa exercised my spiritual conviction to change my name from Anwar-Jamal Stewart. The Defendant(s) have simply merged the file/information without regarding the documentation I submitted that my status has changed based upon my divine right not to create a new contract under my new name with the Social Security Administration(SSA). Thus the Defendant(s) are committing **exaction** and **fraud** by applying the status of Anwar-Jamal Stewart to :Anwar-Jamal: Ahbanawa. There is NO LAW that would require me to participate in the perpetration of a fraud, nor is there any provision in the Social Security Act that would not allow me to refrain and withdraw from participating in the Social Security System. Therefore I charge the Defendant(s) with violating Title 18 > Part I > Chapter 13> § 241, § 242 , and the 1st and 13th amendments to the United States of America Constitution. The evolution of my Spiritual Hebraic faith and understanding commands me to choose life and obey the Supreme Law of the Land. Therefore I cannot accept or be forced into **involuntary servitude** of government privileges {Social Security Administration(SSA) } over my **divine birthright.**

## CAUSE OF ACTION

The Plaintiff has tried on different occasions to resolve this matter administratively but have been met with unprofessionalism and arrogance by key personnel for the Defendant(s) regarding this matter. Individuals that I corresponded with was Bo Kemp former Business Administrator, Michele Ralph-Rawls Human Resource Director, Angie Martinez from the Human Resource Office, and the Law Office counsel David Gambert and Brendan Egan. All of these individuals have ignored my correspondence and allowed my **unalienable** divine rights to be trespassed upon. Subsequently I have no other recourse for resolution to this matter. I submitted the proper IRS form W-8BEN as regards to my current status and these individuals have not complied or ordered the compliance of forwarding this document to the IRS per the Defendant(s) position as the **withholding agent**. I have not seen or been presented with any admissible evidence which demonstrates the status of Anwar-Jamal Stewart transfers to :Anwar-Jamal Ahbanawa. I have not seen or been presented with any evidence which demonstrates that my status under Title 8 > chapter 12 > Subchapter I > § 1101(a)(21) is unlawful.

## CONCLUSIONS

Title 8 > chapter 12 > Subchapter I > § 1101(a)(21) is an Act of Congress designed to protect natural persons. The term "national" means a person owing permanent allegiance to a state.

The Defendant(s) are in violation of the 1st amendment to the United States of America constitution by not allowing me to exercise my divine free will to choose my status.

The Defendant(s) are in violation of the 13th amendment to the United States of America constitution by forcing the Plaintiff to perform under the status of Anwar-Jamal Stewart.

## DEMAND

I, : Anwar-Jamal :Ahbanawa (Plaintiff) am under **duress** and **coercion** by custom and color of law by said municipality the CITY OF NEWARK, NEW JERSEY. The Defendant(s) have stepped outside of their Delegation of Authority/DOA and have illegally made legal determinations for me. Coincidently the Defendant(s) are established as Equal Opportunity Employers but have used unequal practices in this matter. Wherefore , Plaintiff prays that Defendant(s) be cited according to the law to appear answer herein, and upon proper adjudication of the matter Defendant(s), Defendant(s) agents, servants, employees, successors, assigns, attorneys , and any other person(s) in active concert or participation with Defendant(s) from continuing to violate Title 18 > Part I > Chapter 13> § 241, § 242 , and the 1st and 13th amendments to the United States of America Constitution , and apply all relative penalties and damages. Have the Defendant(s) update and correct my status and all deductions from the Plaintiff paycheck. If there is a signed SS-5 contract with the SSA in the name of :Anwar-Jamal : Ahbanawa have the Defendant(s) produce it as evidence, if no contract is provided then none exist.

Be It Done,

_____
:Anwar-Jamal :Ahbanawa
All Rights Reserved, 8 USC 1101(a)(21)